Korie Schmidt
1732 Aviation Blvd. #503
Redondo Beach, Ca 90278
(310) 600 - 2278

korieschmidt1@gmail.com

UNITED STATES COURT OF APPEALS
~~THE SUPERIOR COURT OF CALIFORNIA~~

: COUNTY OF LOS ANGELES :

| | |
|---|---|
| KORIE SCHMIDT,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>WELLS FARGO BANK, | Case No.:<br><br><br><br><br><br>PETITION FOR WRIT OF MANDAMUS |

STATE AND FEDERAL COURTS ARE BLOCKING

As can be seen in these videos[1][2] and [3]

the attached minute orders, the appellate division of the superior court is refusing to accept written redress of

grievances (LLASC: 24STCP01766), and

the federal (USC 2:24-CV-04660-SPG-MAA$_x$) and state (LASC: 24STCP01727) courts are blocking

this writ from being issued..

The state court claims a California rule of court prevents them from accepting documents, that does not supersede

Plaintiff's right in the Federal Constitution's "petition the government to redress grievances" clause in the first

amendment. This right to petition the government does not have any limitations. Pleadings can be written on

---

[1] http://www.secretbeachhut.com/corelvideostudio/remington48/TC_00027.MP4 (8:14)
[2] http://www.secretbeachhut.com/corelvideostudio/remington48/TC_00029.MP4 (4:42)
[3] ~~http://www.secretbeachhut.com/corelvideostudio/remington48/TC_00028.MP4~~ (6:58)

PETITION FOR WRIT OF MANDAMUS - 1

anything, with anything. By California rules of court, pleadings are to be construed broadly to effect as much justice as possible. It's all in the code of judicial ethics that removes judges from the bench. The judges in these cases are giving Plaintiff the run-around. The federal judge wouldn't even hear the emergency ex parte motion and has yet to contact about setting an expedient hearing.

## PLAINTIFF NEEDS A WRIT OF MANDAMUS

Plaintiff comes before this court demanding a writ of mandamus be issued which

- establishes Plaintiff onto grandma's bank accounts, creating accounts as the trust grandma created requires, via

    ordering Defendant's congruency with this objective,

    ordering the state court to issue the writ of mandamus in this case, ordering Defendant's congruency,

    ordering the federal court to issue the writ of mandamus in that case, ordering Defendant's congruency,

- orders the appellate division, as well as all clerks, to accept redress of grievances in any form they may come in (blue, black, pink, brown, purple, toilet paper, etc.)

DATE: 6/7/24

_____THE PUBLIC DEFENDER_____
Honorable Korie Schmidt

PETITION FOR WRIT OF MANDAMUS - 2

# Guttry

**Starting here, this trust will hereafter be known as "Guttry".**

**May the name continue.**

## TRUSTEE

I, Ursula Carmen Guttry, as founder of this trust, hereby grant

- Ursula Carmen Guttry [SSN 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],
- Daniela Christine Schmidt [SSN 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], and
- Kale Moss [EIN 93-6851271]}

the power and privilege as equivalent trustees of this estate.

By signing below, I certify that the aforementioned is true and correct to best of my knowledge, and the wishes of myself.

Date: 11, 30, 23           Signature: *Ursula Guttry*

                           Printed: *Ursula Guttry*

STATE OF ARIZONA } SS.
COUNTY OF COCHISE

This instrument was acknowledged before me this 30 day of NOV. 2023 by Ursula Guttry

NOTARY PUBLIC

OFFICIAL SEAL
PIAH AUNQUOE
Notary Public-State of Arizona
COCHISE COUNTY
MY COMM# 648615
EXPIRES: MAY 23, 2027

PAGE 18 OF 18

## Property and Beneficiaries

This document designates the property and beneficiaries of the trust "Guttry", created by Trustor Ursula Carmen Guttry.

| Property Item | Beneficiary | % |
|---|---|---|
| Real Property located at 3548 La Terraza Dr. Sierra Vista, AZ 85650 | Ursula Guttry<br>Daniela Schmidt<br>Kale Moss | 100 |
| Main Trust Bank Account | Ursula Guttry<br>Daniela Schmidt<br>Kale Moss | 100 |
| Trust Investment Accounts | Kale Moss | 100 |
| Trust Bank Account – grandma play money | Ursula Guttry | 100 |
| Trust Bank Account – daughter never has to work again | Daniela Schmidt | 100 |

All records of property and beneficiaries, prior to the date this document is executed, are revoked and void.

Date: 11/30/23    Signature: _Ursula Guttry_

Printed: _Ursula Guttry_

STATE OF ARIZONA } SS.
COUNTY OF COCHISE }

This instrument was acknowledged before me this 30 day of NOV. 2023 by Ursula Guttry

NOTARY PUBLIC

OFFICIAL SEAL
PIAH AUNQUOE
Notary Public-State of Arizona
COCHISE COUNTY
MY COMM# 648615
EXPIRES: MAY 23, 2027

Gmail

Korie Schmidt <korieschmidt1@gmail.com>

## Urgent Ex Parte Application

**Korie Schmidt** <korieschmidt1@gmail.com>  
To: patricia_gomez@cacd.uscourts.gov

Wed, Jun 5, 2024 at 1:30 PM

Hello,

This email is to give the court my contact information as the clerk mentioned the court would not be hearing my case today at 1:30pm when civil matters are heard even though it is ex parte and urgent.

Please contact me whenever the court feels like saving my grandma

Korie

3:53

Edit    All    Missed

# Recents

Zoom Meeting
Zoom Audio    3:11 PM

+1 (213) 894-3000
Los Angeles, CA    1:19 PM

+1 (701) 504-7980
Dickinson, ND    1:07 PM

(213) 894-2309 (2)
Los Angeles, CA    Yesterday

+1 (480) 528-1591
Phoenix, AZ    Monday

+1 (810) 256-9262
Metamora, MI    Monday

+1 (310) 359-6094
Malibu, CA    Monday

+1 (480) 528-1591
Phoenix, AZ    Sunday

+1 (480) 528-1591
Phoenix, AZ    Saturday

+1 (720) 771-9833
Denver, CO

+1 (480) 528-1591
Phoenix, AZ

+1 (480) 528-1591    Saturday

Favorites   Recents   Contacts   Keypad   Voicemail

*Handwritten annotation:* CALLED TWICE DOOR TO COURT LOCKED; CLERK VISIBLY ASLEEP

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |  FILED CLERK, U.S. DISTRICT COURT<br>JUN - 4 2024<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY        DEPUTY |
|---|---|

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KORIE SCHMIDT                     Plaintiff(s), v.<br><br>WELLS FARGO BANK              Defendant(s) | CASE NUMBER:<br>2:24-CV-04660-SPG-MAAx<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   KORIE SCHMIDT
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| WELLS FARGO BANK | TRUST ACCOUNTS |

6/4/24
Date

Signature

Attorney of record for (or name of party appearing in pro per):

KORIE SCHMIDT

CV-30 (05/13)                                                NOTICE OF INTERESTED PARTIES

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 86

| | |
|---|---|
| **24STCP01727** | June 4, 2024 |
| **KORIE SCHMIDT vs WELLS FARGO BANK** | 8:30 AM |

| | |
|---|---|
| Judge: Honorable Curtis A. Kin | CSR: None |
| Judicial Assistant: M. Mort | ERM: None |
| Courtroom Assistant: R. Monterroso | Deputy Sheriff: None |

**APPEARANCES:**

For Petitioner(s): Korie Schmidt

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Hearing on Ex Parte Application FOR WRIT OF MANDAMUS

On 6/3/24, Korie Schmidt filed the instant Ex Parte Application for Writ of Mandamus.

On 5/30/24, Korie Schmidt previously filed an Ex Parte Application for Writ of Mandamus, seeking an Order that would require Wells Fargo Bank to (1) add Schmidt as an account holder with control over Ursula Guttry's accounts; (2) open a savings account "in trust name"; (3) open a checking account "to be used for investment"; (4) open a checking account "for mom"; and (5) open a checking account debit card "for grandma play money." That same day, after a hearing, the Court DENIED the application on the ground that Schmidt presented no basis for the relief requested and that Schmidt made no showing of need, exigency, or great or irreparable harm to obtain any such relief on an ex parte basis.

The instant ex parte application requests that the Court issue an Order granting the same relief as was denied on 5/30/24, as well as ordering "the appellate division, as well as all clerks, to accept redress grievances in any form they may come in "blue, black, pink, brown, purple, toilet paper, etc.)." (6/3/24 [Proposed] Order.)

Pursuant to CCP 166(a), the Court DENIES the instant ex parte application without a hearing.

Insofar as the instant ex parte application seeks the same relief as was requested on 5/30/24, it is a motion for reconsideration that fails to meet the requirements for reconsideration set forth in CCP 1008. The instant application does not set forth any new or different facts, circumstances, or law warranting reconsideration or provide an affidavit attempting to do so. (CCP 1008(a).) Indeed, the failure to do so is jurisdictional. (CCP 1008(e).) Even if this Court had the power or authority to consider this same request, the Court would deny it for the same reasons the prior ex parte application was denied on 5/30/24.

| | |
|---|---|
| Minute Order | Page 1 of 2 |

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 86

| | |
|---|---|
| 24STCP01727 | June 4, 2024 |
| KORIE SCHMIDT vs WELLS FARGO BANK | 8:30 AM |

| | |
|---|---|
| Judge: Honorable Curtis A. Kin | CSR: None |
| Judicial Assistant: M. Mort | ERM: None |
| Courtroom Assistant: R. Monterroso | Deputy Sheriff: None |

As for the request that the appellate division and all clerks accept Schmidt's filings "in any form they may come in," such an Order would run afoul of the California Rules of Court. Rule 2.100 of the California Rules of Court states that all local rules relating to the form and format of papers to be filed in trial courts are preempted and that no trial court may enact or enforce any local rule concerning the form or format of papers. Instead, Rule 2.100 states that the rules in that Chapter (i.e., rules 2.100-2.119) prescribe the form and format of papers to be filed in the trial courts. (Cal. Rules of Court, rule 2.100(b).) Among other things, papers must be filed on white, opaque, unglazed paper that is 8 ½ by 11 inches of standard quality not less than 20-pound weight. (Cal. Rules of Court, rule 2.103).) Moreover, all font color must be black or blue-black. (Cal. Rules of Court, rule 2.106.) This Court cannot order otherwise.

Lastly, the Court notes that the instant ex parte application fails to "make an affirmative factual showing in a declaration containing competent testimony based on personal knowledge of irreparable harm, immediate danger, or any other statutory basis for granting relief ex parte." (Cal. Rules of Court, rule 3.1204(c).) Nor does the instant ex parte application include any Declaration regarding notice, as is required by Rule 3.1204(b) of the California Rules of Court.

For the all foregoing reasons, the Ex Parte Application is DENIED.

The Ex Parte Application FOR WRIT OF MANDAMUS filed by Korie Schmidt on 06/03/2024 is Denied.

Clerk to give notice.

Certificate of Mailing is attached.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 86

24STCP01727  
KORIE SCHMIDT vs WELLS FARGO BANK

May 30, 2024  
8:30 AM

Judge: Honorable Curtis A. Kin  
Judicial Assistant: M. Mort  
Courtroom Assistant: R. Monterroso  

CSR: None  
ERM: None  
Deputy Sheriff: None

**APPEARANCES:**

For Petitioner(s): Korie Schmidt

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Hearing on Ex Parte Application for Writ of Mandamus

The matter is called for hearing.

The Court has read and considered the ex parte application.

The matter is argued.

The Court having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:
The relief sought cannot by ordered in the manner in which it is presented.

There is no showing of need, exigency or great irreparable harm.

The Ex Parte Application for Writ of Mandamus filed by Korie Schmidt on 05/30/2024 is Denied.

Clerk to give notice.

Certificate of Mailing is attached.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 85

| | |
|---|---|
| **24STCP01766** | June 3, 2024 |
| **KORIE SCHMIDT vs SUPERIOR COURT APPELLATE CLERK** | 8:30 AM |

Judge: Honorable James C. Chalfant     CSR: None
Judicial Assistant: J. De Luna     ERM: None
Courtroom Assistant: C. Del Rio     Deputy Sheriff: None

**APPEARANCES:**

For Petitioner(s): Korie Schmidt (X)

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Hearing on Ex Parte Application for Writ of Mandamus

The matter is not called for hearing.

The court having fully considered the moving papers in chambers now rules as follows:

Petitioner seeks to file a pink sheet to appeal Judge Kin's ruling in case 24STCP01727. That is a decision that must be made by Judge Kin in that case. In so far as petitioner has filed a new lawsuit to compel the clerk to accept the filing, that request is denied in favor of petitioner asking Judge Kin for this relief.

This case is deemed completed.

The Ex Parte Application for Writ of Mandamus filed by Korie Schmidt on 05/31/2024 is Denied.

Clerk hereby gives notice in open court and via US mail.

Certificate of Mailing is attached.

Minute Order     Page 1 of 1



Social Security Administration
**Benefit Verification Letter**

Date: May 21, 2024
BNC#: 24F0454D84855
REF: DI

KORIE PAUL SCHMIDT
PO BOX 503
1732 AVIATION BLVD
REDONDO BEACH CA 90278-2810

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**

Beginning May 2024, the current Supplemental Security Income payment is $1,311.81.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on June 9, 2021.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual.

**Date of Birth Information**

The date of birth shown on our records is July 14, 1988.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page





```
Korie Schmidt
1732 Aviation Blvd. #503
Redondo Beach, Ca 90278
(310) 600 - 2278

korieschmidt1@gmail.com
```

UNITED STATES COURT OF APPEALS

~~THE SUPERIOR COURT OF CALIFORNIA~~

: COUNTY OF LOS ANGELES :

KORIE SCHMIDT,

    Plaintiff,

vs.

WELLS FARGO BANK,

Case No.:

COURTROOM 1
HEARING ON APPLICATION: 6/11/24 @ 9:30AM

EX PARTE APPLICATION FOR WRIT OF MANDAMUS

### GRANDMA IN DANGER

Plaintiff knows psychic phenomena is real.

He knows that the 4s can mind-fuck his mother into doing things she ultimately regrets, but she thinks is right. Just like how she killed Plaintiff's dog because she thought it was "the right thing to do", based on misinformation. Look at the attached ME reports from where they mind-fucked this guy into shooting up Thousand Oaks after Plaintiff put derogatory information on the Sheriff's facebook page and made a #SheriffJimMcDonnell hashtag the day of the election. See Plaintiff's best friend is Ian, and

Plaintif was hanging out with a girl (Ian had dated back in middle school) at her house at 2745 S. Foose Rd. While there, someone kept pouring iodine in the water tank for the house so they couldn't use any running water. Plaintiff and old girlfriend didn't do anything except enjoy each other's company.

EX PARTE APPLICATION FOR WRIT OF MANDAMUS - 1

After the election, the 4s burned down her house in the Malibu Woosley fire. After doing his own investigation of the fire, Plaintiff found there was an abnormally small amount of structural damage in the entirety of this "massive" fire. The fires came to the edge of every property line, but no private property was burned. The only private property damage from the fire Plaintiff was able to find were a number of homes he could count on one hand, and old girlfriend's house.

So, this psychic stuff is real. That's the concerning part. Plaintiff's mother killed Plaintiff's dog by "humane" euthanasia, because the doctor told her that his best estimations said dog was going to die that night anyways. He showed no proof of his convictions, and she just took his word for it. After investigating the facts of the dog death, Plaintiff came to realize all the inaccuracies in the doctor's logic and method. He was focusing on his abdomen when Plaintiff and mother went in there because dog had a seizure.

So Plaintiff's mom pull the trigger and "put him out of his misery".

On 6/2/24 @ 11:22am, Plaintiff's grandmother was taken away in a wheelchair with local paramedics[1]. Mother is in complete control over Plaintiff's grandmother and Plaintiff is afraid she's going to make another decision based on false information that's going to kill Plaintiff's grandmother.

There are decisions being made about Plaintiff's grandmother's life. Whether Plaintiff's mom is merely an idiot, or she knows what she's doing, the end result is not something Plaintiff is willing to allow happen again.

## PLAINTIFF NEEDS A WRIT OF MANDAMUS

This order Plaintiff needs from this court needs to be signed immediately. There is no time to spare. Plaintiff's grandmother is a sitting duck at some senior citizen facility behind Home Depot. It is imperative that the original petition for a writ of mandamus be signed so Plaintiff can get his grandmother out of

---

[1]

EX PARTE APPLICATION FOR WRIT OF MANDAMUS - 2

that facility

and into a safe location where she can prosper.

DATE: 6/7/24

_THE PUBLIC DEFENDER_
Honorable Korie Schmidt

EX PARTE APPLICATION FOR WRIT OF MANDAMUS - 3

```
Korie Schmidt
1732 Aviation Blvd. #503
Redondo Beach, Ca 90278
(310) 600 - 2278

korieschmidt1@gmail.com
```

THE SUPERIOR COURT OF CALIFORNIA

: COUNTY OF LOS ANGELES :

KORIE SCHMIDT,                         Case No.:

        Plaintiff,

vs.

        [PROPOSED] ORDER

WELLS FARGO BANK,

Good cause having been shown, this court now orders Defendant to

    Add Plaintiff as an account holder with control over Ursula Guttry's (SSN 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) accounts

    Open savings account in trust name

    Open checking account to be used for investment

    Open checking account for mom

    Open checking account debit card for grandma play money

This court also orders the appellate division, as well as all clerks, to accept redress of grievances in any form they may come in (blue, black, pink, brown, purple, toilet paper, etc.).

This court also orders the federal and state courts to issue writs of mandamus ensuring congruence with this order.

[PROPOSED] ORDER - 1

It is so ordered.

DATE:

_____
Honorable

[PROPOSED] ORDER - 2